**Dismissed and Opinion Filed January 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01109-CV

**WESLEY JEANES, Appellant**
**V.**
**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-17-01554**

# MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Molberg

The clerk's record in this case is past due. By letter dated October 28, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


                                        /Ken Molberg//
                                        _____
                                        KEN MOLBERG
                                        JUSTICE

191109f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WESLEY JEANES, Appellant

No. 05-19-01109-CV     V.

DALLAS COUNTY, ET AL., Appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. TX-17-01554.
Opinion delivered by Justice Molberg.
Justices Reichek and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 14th day of January, 2020.